# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2404

_____

Mary Catherine Anderson

*Plaintiff - Appellant*

v.

Arkansas Department of Human Services, DCFS

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: February 4, 2015
Filed: February 25, 2015
[Unpublished]

_____

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Mary Anderson appeals the district court's[1] adverse grant of summary judgment in her action asserting claims under Title VII and the Family and Medical

_____

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.

Leave Act.  Upon careful de novo review, we conclude that the district court did not err in its summary judgment decision.  See Torgerson v. City of Rochester, 643 F.3d 1031, 1042, 1046 (8th Cir. 2011) (en banc) (de novo review of grant of summary judgment; for Title VII discrimination claim, ultimate burden falls on plaintiff to produce sufficient evidence to create genuine issue of material fact regarding whether employer's proffered nondiscriminatory justifications are mere pretext for intentional discrimination); see also Pulczinski v. Trinity Structural Towers, Inc., 691 F.3d 996, 1007 (8th Cir. 2012) (Family and Medical Leave Act discrimination claim requires showing that employee's exercise of rights under Act played part in employer's adverse decision).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____